**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AISLEY, | Case No. SACV 11-409-JST(RNBx) |
| Plaintiff/s, | |
| v. | **ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL** |
| THOMSON HOLDINGS INC., et al., | |
| Defendant/s. | |

On August 9, 2012, defendants filed a Notice of Settlement indicating that plaintiff and the remaining Hartford defendants have a reached a settlement which disposes of this matter in its entirety. Based thereon, the Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause shown within forty-five (45) days, to reopen the action if settlement is not consummated.

The parties shall file a notice of dismissal no later than forty-five (45) days from the date of this order. If no dismissal is filed, the Court deems the matter dismissed at that time.

/ / / /

1 | The Court retains full jurisdiction over this action and this order shall not
2 | prejudice any party in the action.
3 |
4 | IT IS SO ORDERED.
5 |
6 | DATED:  August 13, 2012

**JOSEPHINE STATON TUCKER**
JOSEPHINE STATON TUCKER
United States District Judge

2